

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number:  2022 - CW - 0042

Fleix Gillespie
versus
William Gillory, Safeway Transportation, LLC; Martin
Transport, Inc.; Plaza Insurance Company

TO:     Jean Ann Billeaud  Esq.
        100 E. Vermilion Street
        Suite 300
        Lafayette, LA 70501
        billeaudj@cox.net

        Willie G. Johnson Jr.
        P.O. Box 84509
        4880 Bluebonnet Boulevard,
        Baton Rouge, LA 07089
        wjohnson@jlglegal.com

        Michael J. Remondet Jr.
        JEANSONNE & REMONDE1
        200 W. Congress Street
        Suite 1100
        Lafayette, LA 70501
        miker@jeanrem.com

        Hon. Alvin  Batiste Jr.
        58050 Meriam Street
        P.O. Box 241
        Plaquemine, LA 70765

Michael R. Guidry
P.O. Box 91530
Lafayette, LA 70509

James L. Maughan
Post Office Box 84509
Baton Rouge, LA 70884
james@maughan.attorney

Sophia J. Riley
P.O. Box 84509
Baton Rouge, LA 70884

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FELIX GILLESPIE

VERSUS

WILLIAM GUILLORY, SAFEWAY
TRANSPORTATION, LLC, MARTIN
TRANSPORT, INC., PLAZA
INSURANCE COMPANY

NO.  2022 CW 0042

**MAY 20, 2022**

---

In Re:    Felix Gillespie, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 43985.

---

**BEFORE:   MCDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT NOT CONSIDERED.**  Relator failed to provide a copy of the judgment, order, or ruling complained of with regard to his "Motion for New Trial Re: Order to Set Aside Judgment Re: Jury Verdict and in the Alternative Motion to Reinstate Judgement [sic] Re: Jury Verdict;" a copy of each pleading on which the judgment, order, or ruling was founded including the "Joint Motion for Entry of Judgment, Contradictory Hearing on the Form of Judgment;" a copy of any opposition to the "Motion for New Trial Re: Order to Set Aside Judgment Re: Jury Verdict and in the Alternative Motion to Reinstate Judgement [sic] Re: Jury Verdict" or to the "Joint Motion for Entry of Judgment, Contradictory Hearing on Form of Judgment" and any attachments thereto filed by a party in the trial court or a statement by the relator that no opposing written documents were filed; and a copy of pertinent court minutes, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (8), (9) & (10).

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before <u>June 06, 2022</u> and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
    FOR THE COURT